**B9I (Official Form 9I)** (Chapter 13 Case) (12/12)                                                                                                    Case Number **13–36544–KRH**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines
The debtor(s) listed below filed a chapter 13 bankruptcy case on December 6, 2013.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors —— Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Derrell Thomas Harris<br>fdba D T Harris Trucking<br>4401 Crown Squire Road<br>Richmond, VA 23231 | Bridgett Archer Harris<br>4401 Crown Squire Road<br>Richmond, VA 23231 |
| Case Number:  13–36544–KRH<br>Office Code:  3 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–0111<br>xxx–xx–8476 |
| Attorney for Debtor(s) (name and address):<br>Patrick Thomas Keith<br>Boleman Law Firm, PC<br>P.O. Box 11588<br>Richmond, VA 23230–1588<br>Telephone number: 804–358–9900 | Bankruptcy Trustee (name and address):<br>Carl M. Bates<br>P. O. Box 1819<br>Richmond, VA 23218<br>Telephone number: (804) 237–6800 |

### Meeting of Creditors
Date: **January 23, 2014**                                                            Time: **10:00 AM**
Location: **Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim**
For all creditors (except a governmental unit): **April 23, 2014**                    For a governmental unit: **June 4, 2014**

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:  March 24, 2014**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

**Filing of Chapter 13 Plan and Related Motions and Hearing on Confirmation**
Local Rule 3015–2 requires attorney for debtor(s) or pro se debtor(s) to serve the Chapter 13 Plan and Related Motions on creditors and interested parties. Objections must be filed not later than 7 days prior to the date set for the confirmation hearing. **If no objections are timely filed, there will be no confirmation hearing.** Timely filed objections will be heard at the confirmation hearing scheduled to be held:
Date: **February 19, 2014**                                                             Time: **09:10 AM**
Location: **Judge Huennekens – Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>701 East Broad Street<br>Richmond, VA 23219 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
|---|---|
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Date: December 9, 2013 |

## EXPLANATIONS    B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. **Any attachment must be on 8 1/2" by 11" paper. To receive an acknowledgment that your proof of claim has been receive, you must provide an additional copy and postage paid, self−addressed envelope.** *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Richmond. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Richmond. See address on front side of this notice. |

−− Refer to Other Side for Important Deadlines and Notices −−

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.
**PAYMENT OF FEES FOR RICHMOND CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:** Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non−debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non−debtor's credit card.
*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                          Case No. 13-36544-KRH
Derrell Thomas Harris                                                           Chapter 13
Bridgett Archer Harris
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-7            User: sewardt                Page 1 of 2              Date Rcvd: Dec 09, 2013
                                Form ID: B9I                 Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2013.
db/jdb        +Derrell Thomas Harris,    Bridgett Archer Harris,    4401 Crown Squire Road,
                Richmond, VA 23231-1967
12117488      +Bon Secours Richmond Health Sy,    RE: Bankruptcy,    P.O. Box 28538,    Richmond, VA 23228-8538
12117491       Credit Control Corporation,    11821 Rock Landing Drive,    Newport News, VA 23606-4207
12117494       Dominion Credit Union, Inc,    Re: Bankruptcy,    P.O. Box 26646,    Richmond, VA 23261-6646
12117496      +Fed Loan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
12117504      +MCV Collection Department,    Re: Bankruptcy,    PO Box 980462,    Richmond, VA 23298-0462
12117505       MCV Physicians Billing Office,    RE: Bankruptcy,    PO Box 91747,    Richmond, VA 23291-1747
12117506      +Memorial Regional Medical Cent,    P.O. Box 28538,    Richmond, VA 23228-8538
12117507      +Ocwen Loan Servicing,    P.O. Box 785057,    Orlando, FL 32878-5057
12117508      +STT/Cigpficorp,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
12117509      +Toys R Us,    1 Geoffrey Way,    Wayne, NJ 07470-2066
12117615      +United States Attorney,    Main Street Centre 18th Flr.,    600 East Main Street,
                Richmond, VA 23219-2416
12117510      +VA Power/NC Power Credit U,    P.O. Box 26646,    Richmond, VA 23261-6646
12117511      +VCU Health System,    PO Box 980462,    Richmond, VA 23298-0462

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: ecf@bolemanlaw.com Dec 10 2013 02:00:23     Patrick Thomas Keith,
                Boleman Law Firm, PC,    P.O. Box 11588,    Richmond, VA  23230-1588
tr            +E-mail/Text: station01@richchap13.com Dec 10 2013 02:01:06     Carl M. Bates,    P. O. Box 1819,
                Richmond, VA 23218-1819
12117489       E-mail/Text: specialassets@cffc.com Dec 10 2013 02:01:48     C&F Bank,    Re: Bankruptcy,
                PO Box 391,    West Point, VA 23181-0000
12117490      +EDI: CHASE.COM Dec 10 2013 01:58:00     Chase Card Services,    P.O. Box 15298,
                Wilmington, DE 19850-5298
12117492       EDI: RCSFNBMARIN.COM Dec 10 2013 01:58:00     Credit One Bank,    P.O. Box 98873,
                Las Vegas, NV 89193-8873
12117493       EDI: DISCOVER.COM Dec 10 2013 01:58:00     Discover Financial Services,    P.O. Box 6103,
                Carol Stream, IL 60197-6103
12117497       EDI: RMSC.COM Dec 10 2013 01:59:00     GECRB/ JC Penneys,    P.O. Box 960090,
                Orlando, FL 32896-0090
12117498      +EDI: RMSC.COM Dec 10 2013 01:59:00     GECRB/ Sams Club,    P.O. Box 965005,
                Orlando, FL 32896-5005
12117499       EDI: IRS.COM Dec 10 2013 01:59:00     Internal Revenue Service,    400 N. 8th St., Box 76,
                Stop Room 898,    Richmond, VA 23219-0000
12117501       EDI: IRS.COM Dec 10 2013 01:59:00     Internal Revenue Service,    Proceedings & Insolvencies,
                P.O. Box 21126,    Philadelphia, PA 19114-0326
12117500       EDI: IRS.COM Dec 10 2013 01:59:00     Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
12117502      +EDI: CBSKOHLS.COM Dec 10 2013 01:58:00     KOHLS/Capital One,    P.O. Box 3115,
                Milwaukee, WI 53201-3115
12117503      +EDI: TSYS2.COM Dec 10 2013 01:58:00     Macy's/DSNB,    P.O. Box 8218,    Mason, OH 45040-8218
12117487      +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Dec 10 2013 02:01:08     Office of the US Trustee,
                701 E. Broad Street,    Room 4304,    Richmond, VA 23219-1885
12117495       EDI: USBANKARS.COM Dec 10 2013 01:59:00     Elan Financial Services,    Cb Disputes,
                P.O. Box 108,    Saint Louis, MO 63166-0000
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2013                                          Signature:  /s/Joseph Speetjens

```
District/off: 0422-7          User: sewardt              Page 2 of 2              Date Rcvd: Dec 09, 2013
                              Form ID: B9I               Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2013 at the address(es) listed below:
              Carl M. Bates    station01@richchap13.com,
               station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.c
                om
              Patrick Thomas Keith    on behalf of Debtor Derrell Thomas Harris ecf@bolemanlaw.com,
               ecfbackup@bolemanlaw.com
              Patrick Thomas Keith    on behalf of Joint Debtor Bridgett Archer Harris ecf@bolemanlaw.com,
               ecfbackup@bolemanlaw.com
                                                                                              TOTAL: 3
```