UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In Re:  Derrell Thomas Harris                                              CASE NO. 13-36544-KRH
Bridgett Archer Harris

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the Debtors on **December 16, 2013**, replaces all previously filed plans if any, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. § 1325(a);

**It is ORDERED that:**

(1) the Plan as filed or modified is CONFIRMED.

(2) Upon entry of this order, all property of the estate shall revest in the Debtors. Notwithstanding such revesting, the Debtors shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

(3) All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtors or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtors at their address of record.

(4) Other provisions:

Dated:  Feb 20 2014

/s/ Kevin R. Huennekens
United States Bankruptcy Judge

I ASK FOR THIS:

/s/ Carl M. Bates

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218
(804)237-6800
VSBN: #27815

NOTICE OF JUDGMENT OR ORDER
Entered on Docket February 25, 2014