B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF VIRGINIA

In re <u>Derrell Thomas Harris fdba D T Harris Trucking; ;Bridgett Archer Harris ,</u>     Case No. **13-36544**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus | Ocwen Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

**Name and Address where notices to transferee should be sent:**
Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
PO Box 2008
Grand Rapids, MI 49501-2008

**Phone:** _____
**Last Four Digits of Acct #:** XXXX8930

**Court Claim # (if known):** <u>10</u>
**Amount of Claim:** <u>115,009.29</u>
**Date Claim Filed:** <u>03/24/2014</u>

**Phone:** _____
**Last Four Digits of Acct #:**

**Name and Address where transferee payments should be sent (if different from above):**
Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
PO Box 2206
Grand Rapids, MI 49501-2206

**Phone:** _____
**Last Four Digits of Acct #:** XXXX8930

I declare under penalty of perjury that the information provided in this notice is true and correct to the best upon my knowledge and belief.

By: /s/ Lisa Singer
Lisa Singer
Transferee/Transferee's Agent
Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Rd. Plainview, NY 11803

Date: <u>June 2, 2015</u>

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Transfer of Claim has been served via Electronic Case Filing on the following parties:

Patrick Thomas Keith, Esq.
Debtor(s) Attorney

Carl M. Bates, Esq.
Chapter 13 Trustee


June 2, 2015

_____
Arzoo Mamoor